# United States Bankruptcy Court
## Northern District of Texas

| Voluntary Petition |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**The Prowler Group, Inc** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA AW Fleet Service** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-0254580** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4840 Mark IV Park Way**<br>**Fort Worth, TX**<br>ZIP Code **76102** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Tarrant** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 161565**<br>**Fort Worth, TX**<br>ZIP Code **76161** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **4840 Mark IV Park Way**<br>**Fort Worth, TX 76101** |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**The Prowler Group, Inc** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)        (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

  ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

  ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

  ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**The Prowler Group, Inc**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Marguerite Kirk** _____
Signature of Attorney for Debtor(s)

**Marguerite Kirk 21104960**
Printed Name of Attorney for Debtor(s)

**Marguerite Kirk, Attorney**
Firm Name

**2000 East Lamar Suite 600**
**Arlington, TX 76006**

_____
Address

**Email: kirkm@sbcglobal.net**
**817 354-4900  Fax: 817 457-6641**
Telephone Number

**January 29, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Gary Wages** _____
Signature of Authorized Individual

**Gary Wages**
Printed Name of Authorized Individual

**President, Director**
Title of Authorized Individual

**January 29, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Northern District of Texas

In re    **The Prowler Group, Inc**                                      Case No. _____

                                          Debtor(s)                  Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **A-I AUTO GLASS**<br>**7940 WEST FREEWAY**<br>**Fort Worth, TX 76108** | **A-I AUTO GLASS**<br>**7940 WEST FREEWAY**<br>**Fort Worth, TX 76108** | | | **1,981.00** |
| **ALLIED INTERSTATE**<br>**3000 CORP EXCHANGE DR 5TH FL**<br>**Columbus, OH 43231** | **ALLIED INTERSTATE**<br>**3000 CORP EXCHANGE DR 5TH FL**<br>**Columbus, OH 43231** | | | **2,163.00** |
| **American Express**<br>**BECKET AND LEE**<br>**bOX 3001**<br>**Malvern, PA 19355** | **American Express**<br>**BECKET AND LEE**<br>**bOX 3001**<br>**Malvern, PA 19355** | | | **11,000.00** |
| **American Express**<br>**BECKET AND LEE**<br>**bOX 3001**<br>**Malvern, PA 19355** | **American Express**<br>**BECKET AND LEE**<br>**bOX 3001**<br>**Malvern, PA 19355** | | | **7,000.00** |
| **ATC FREIGHTLINER**<br>**PO BOX 898326**<br>**Dallas, TX 75284** | **ATC FREIGHTLINER**<br>**PO BOX 898326**<br>**Dallas, TX 75284** | | | **3,427.00** |
| **Betsy Price Tax Collector Tarrant co**<br>**100 E Weatherford**<br>**Fort Worth, TX 76196** | **Betsy Price Tax Collector Tarrant co**<br>**100 E Weatherford**<br>**Fort Worth, TX 76196** | **business personal property tax FOR 2010,** | | **20,127.00**<br><br>**(0.00 secured)** |
| **Citi**<br>**PO BOX 6241**<br>**Sioux Falls, SD 57117** | **Citi**<br>**PO BOX 6241**<br>**Sioux Falls, SD 57117** | | | **24,000.00** |
| **DFW HEAVY DUTY**<br>**PO BOX 2153**<br>**Birmingham, AL 35287** | **DFW HEAVY DUTY**<br>**PO BOX 2153**<br>**Birmingham, AL 35287** | | | **3,127.12** |
| **JP Morgan Chase**<br>**Collateral Management Small Business**<br>**Box 4660**<br>**Houston, TX 77210** | **JP Morgan Chase**<br>**Collateral Management Small Business**<br>**Box 4660**<br>**Houston, TX 77210** | **4840 Mark IV Park Way, Fort Worth,TRX**<br>**2.4 acres and 16,000 square foot industrial bldg** | | **1,103,834.03**<br><br>**(796,500.00 secured)** |

In re   **The Prowler Group, Inc**                                          Case No.                     

                                  Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **KEITH HARPE**<br>**PO BOX 2250**<br>**5TH AVE SE**<br>**Decatur, AL 35609** | **KEITH HARPE**<br>**PO BOX 2250**<br>**5TH AVE SE**<br>**Decatur, AL 35609** | | | **1,224.00** |
| **Logix Communications**<br>**PO BOX 3608**<br>**Houston, TX 77253** | **Logix Communications**<br>**PO BOX 3608**<br>**Houston, TX 77253** | | | **2,300.00** |
| **Logix Communications**<br>**PO BOX 3608**<br>**Houston, TX 77253** | **Logix Communications**<br>**PO BOX 3608**<br>**Houston, TX 77253** | | | **2,274.23** |
| **MARK ANDERSON ATTY**<br>**KEMNITZER, ANDERSON,**<br>**BARRON,OGLIVE,**<br>**445 BUSH ST 6TH FLOOR**<br>**San Francisco, CA 94108** | **MARK ANDERSON ATTY**<br>**KEMNITZER, ANDERSON,**<br>**BARRON,OGLIVE,**<br>**445 BUSH ST 6TH FLOOR**<br>**San Francisco, CA 94108** | | | **1,159.00** |
| **OSBORNE BRAKE**<br>**PO BOX 4630**<br>**Fort Worth, TX 76164** | **OSBORNE BRAKE**<br>**PO BOX 4630**<br>**Fort Worth, TX 76164** | | | **2,205.29** |
| **ROANOKE AUTO SUPPLY**<br>**608 PINE ST**<br>**Roanoke, TX 76262** | **ROANOKE AUTO SUPPLY**<br>**608 PINE ST**<br>**Roanoke, TX 76262** | | | **60.09** |
| **SOUTHWESTERN**<br>**INTERNATIONAL**<br>**PO BOX 560685**<br>**Dallas, TX 75356** | **SOUTHWESTERN INTERNATIONAL**<br>**PO BOX 560685**<br>**Dallas, TX 75356** | | | **11,274.09** |
| **Sprint**<br>**PO BOX 660092**<br>**Dallas, TX 75266-0092** | **Sprint**<br>**PO BOX 660092**<br>**Dallas, TX 75266-0092** | **phone bill** | | **2,100.00** |
| **STATE OF TEXAS**<br>**COMPTROLLER**<br>**111 E. 17TH STREET**<br>**Austin, TX 78774** | **STATE OF TEXAS COMPTROLLER**<br>**111 E. 17TH STREET**<br>**Austin, TX 78774** | **sales tax several years 2002 through 2008** | | **42,000.00** |
| **TARRANT COUNTY TAX ASSESSOR**<br>**BETSY PRICE TAX COLLECTOR**<br>**PO BOX 961018**<br>**Fort Worth, TX 76161** | **TARRANT COUNTY TAX ASSESSOR**<br>**BETSY PRICE TAX COLLECTOR**<br>**PO BOX 961018**<br>**Fort Worth, TX 76161** | **4840 Mark IV Park Way, Fort Worth,TRX**<br>**2.4 acres and 16,000 square foot industrial bldg** | | **31,404.00**<br>**(796,500.00 secured)**<br>**(1,103,834.03 senior lien)** |
| **TRUCK PRO**<br>**PO BOX 2048**<br>**Cordova, TN 38088** | **TRUCK PRO**<br>**PO BOX 2048**<br>**Cordova, TN 38088** | | | **10,007.00** |

In re   **The Prowler Group, Inc**                                             Case No. _____

                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the President, Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **January 29, 2010**                Signature    **/s/ Gary Wages**

                                                       **Gary Wages**
                                                         **President, Director**

     *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Texas

In re    **The Prowler Group, Inc** _____,     Case No. _____
<br>Debtor

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 796,500.00 | | |
| B - Personal Property | Yes | 8 | 268,790.22 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,196,365.03 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 42,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 85,301.82 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| Total Assets | | | 1,065,290.22 | | |
| Total Liabilities | | | | 1,323,666.85 | |

.

# United States Bankruptcy Court
## Northern District of Texas

In re     **The Prowler Group, Inc** _____,      Case No. _____

                                               Debtor

                                                     Chapter _____ **11** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

    ☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re   **The Prowler Group, Inc**       ,    Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **4840 Mark IV Park Way, Fort Worth,TRX 2.4 acres and 16,000 square foot industrial bldg** | **fee simple** | - | **796,500.00** | **1,135,238.03** |

|  |  |  |
|---|---|---|
| Sub-Total > | **796,500.00** | (Total of this page) |
| Total > | **796,500.00** |  |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re **The Prowler Group, Inc** _____, Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase  350.00 Wells Fargo 4500.00 Wells Fargo Savings  500.00 | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >       0.00
(Total of this page)

 __3__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __The Prowler Group, Inc_____ ,     Case No. _____

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **list attached as of Jan 22,2010** | - | 139,512.22 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        139,512.22
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re     **The Prowler Group, Inc**                        ,      Case No. _____

                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 FORD PICKUP 41BKP5 | - | 12,000.00 |
| | | 2007 FORD PICKUP 39BKP5 | - | 17,000.00 |
| | | 2002 DODGE PK 65CGY3 | - | 5,000.00 |
| | | 2004 DODGE PK 97KJV3 | - | 7,000.00 |
| | | 1998 CHEVY PICKUP 75JGW4 | - | 1,500.00 |
| | | 2000 FRHT TRAILER | - | 6,000.00 |
| | | 2000 FRHT TRAILER | - | 1,000.00 |
| | | 1988 INTERNATIONAL TRAILER 2D5373 | - | 4,000.00 |
| | | 1999 FORD PICKUP 3YRC71 | - | 7,000.00 |
| | | 2000 FORD 350 | - | 0.00 |
| | | 1981 Van Truck | - | 500.00 |
| | | 1992 Misc trailer | - | 756.00 |
| | | 2007 Ford F450 | - | 15,522.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

Sub-Total >      77,278.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                   Best Case Bankruptcy

In re    **The Prowler Group, Inc**                      ,        Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Truck lift, Oil pumps,** | **-** | **30,000.00** |
| | | **vehicle inspections systems and automotive accessories . This is broken and creditor refuses to repair** | **-** | **0.00** |
| 30. Inventory. | | **parts for repairs** | **-** | **22,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **52,000.00** |
| (Total of this page) | |
| Total > | **268,790.22** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

*16. RECEIVABLES* (handwritten)

# AW Fleet Service
## A/R Aging Summary
### As of January 22, 2010

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| A-SAP Stock & Delivery | 0.00 | 0.00 | 0.00 | 0.00 | -6,828.56 | -6,828.56 |
| A & R Logistics, Inc. | 7,516.96 | 905.67 | 0.00 | -26.44 | -18.56 | 8,377.63 |
| ABC Wrecker | 0.00 | 606.73 | 0.00 | 0.00 | 0.00 | 606.73 |
| Advance Petroleum Distributing Co. | 300.80 | 0.00 | 0.00 | 0.00 | 0.00 | 300.80 |
| Airgas | 2,097.08 | 0.00 | -14.58 | -5.60 | 104.50 | 2,181.40 |
| All-Tex Pipe and Supply | 0.00 | 0.00 | 0.00 | 0.00 | 62.00 | 62.00 |
| Alliance Shippers Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 946.68 | 946.68 |
| Anchor Fabrication | 0.00 | 1,182.94 | 0.00 | 0.00 | 0.00 | 1,182.94 |
| ARI | 0.00 | -49.73 | 0.00 | 0.00 | 0.00 | -49.73 |
| Arnold Transportation | 295.48 | 0.00 | 0.00 | 0.00 | 154.00 | 449.48 |
| AUI Contractors | 0.00 | 0.00 | 0.00 | 0.00 | -23.21 | -23.21 |
| Baker Hughes Drilling Fluids | 0.00 | 0.00 | 0.00 | 0.00 | -307.83 | -307.83 |
| Boomerang Trucking | 3,271.94 | 575.81 | -0.01 | 0.00 | 0.00 | 3,847.74 |
| Buildercity.com Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 687.31 | 687.31 |
| Carnival Americana | 0.00 | 682.00 | 0.00 | 0.00 | 0.00 | 682.00 |
| Cash Sale | 0.00 | 5,949.54 | 1,565.65 | 273.81 | 882.28 | 8,671.28 |
| CDI Services | 311.71 | 0.00 | 0.00 | 0.00 | 0.00 | 311.71 |
| Celadon | 0.00 | 0.00 | 0.00 | 0.00 | 311.71 | 311.71 |
| Chazaq Inc. | 0.00 | 0.00 | 0.00 | 0.00 | -86.11 | -86.11 |
| Chemguard | 0.00 | 0.00 | 0.00 | 0.00 | 2,483.34 | 2,483.34 |
| Chicago Bandag | 962.17 | 3,223.33 | 1,617.28 | 0.00 | 1,177.44 | 6,980.22 |
| Cintas Corp | 0.00 | 0.00 | 0.00 | 0.00 | -11.81 | -11.81 |
| Cohn & Gregory Inc. | 0.00 | 0.00 | 0.00 | 0.00 | -1.22 | -1.22 |
| Conway Southern Express II | 211.16 | 0.00 | 0.00 | 0.00 | -0.01 | 211.15 |
| Craddock Moving | 0.00 | 0.00 | 0.00 | 0.00 | -507.14 | -507.14 |
| Credit Card Sale | 0.00 | -0.03 | -299.30 | -14.01 | -106.22 | -419.56 |
| CRST-Fleet Maintenance Solutions, Inc. | 1,231.00 | 0.00 | 0.00 | 0.00 | 230.67 | 1,461.67 |
| DFW Construction & Management | 295.00 | 0.00 | 0.00 | 0.00 | 0.00 | 295.00 |
| DSC Logistics | 165.41 | 0.00 | 0.00 | 125.00 | -667.54 | -377.13 |
| EBLI | 0.00 | 0.00 | 0.00 | 0.00 | -296.63 | -296.63 |
| Edwards Postal Service | 569.12 | 384.52 | 133.27 | 0.00 | 154.00 | 1,240.91 |
| Enterprise Leasing DFW | 11,889.60 | 0.00 | 0.00 | 0.00 | 582.44 | 12,472.04 |
| Ferguson Waterworks, Branch 788 | 0.00 | 0.00 | 0.00 | 0.00 | 142.08 | 142.08 |
| FleetNet America, Inc. | 0.00 | 263.00 | 0.00 | 0.00 | 0.00 | 263.00 |
| Foam Fabricators, Inc. | 166.55 | 0.00 | 0.00 | 0.00 | 0.00 | 166.55 |
| Foxworth Galbraith-Truck | 0.00 | 0.00 | 0.00 | 0.00 | -98.76 | -98.76 |
| Freightliner | 1,883.64 | 241.72 | 0.00 | 208.47 | 0.00 | 2,333.83 |
| FSTI, Inc. / Chemical Logistics | 0.00 | 0.00 | 0.00 | 0.00 | -12.00 | -12.00 |
| Garrett Transportation | 0.00 | 300.00 | 0.00 | 0.00 | -0.01 | 299.99 |
| GE Capital Fleet Service | 0.00 | 349.85 | 0.00 | -3.10 | 158.25 | 505.00 |

# AW Fleet Service
## A/R Aging Summary
### As of January 22, 2010

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Geo Group | 0.00 | 0.00 | 0.00 | 0.00 | -8.93 | -8.93 |
| Global Group Inc. | 0.00 | 0.00 | 0.00 | 0.00 | -436.70 | -436.70 |
| Go Vision | 154.00 | 0.00 | 0.00 | 0.00 | 0.00 | 154.00 |
| Greatwide Distribution Logistics | 855.45 | 2,799.98 | 154.00 | 0.00 | 2,911.43 | 6,720.86 |
| Gulf Eagle-Saginaw | 0.00 | 0.00 | 0.00 | 0.00 | -0.01 | -0.01 |
| Gulf Eagle Supply | 0.00 | 0.00 | 0.00 | 0.00 | -158.62 | -158.62 |
| H & W Petroleum Company, Inc. | 2,435.24 | 0.00 | 0.00 | 0.00 | -2,654.43 | -219.19 |
| Ideal Lease | 0.00 | 187.95 | 0.00 | 0.00 | 0.00 | 187.95 |
| Instant Shredding | 0.00 | 0.00 | 0.00 | 0.00 | -14.61 | -14.61 |
| Inter Star | 6,883.21 | 3,819.50 | 330.00 | 0.00 | 0.00 | 11,032.71 |
| J B Hunt | 26.25 | 0.00 | 0.00 | 0.00 | 552.07 | 578.32 |
| Jacobson Transport | 863.94 | 1,183.05 | 206.57 | 0.00 | 429.79 | 2,683.35 |
| JJ Spencer Transport II LP | 860.08 | 0.00 | 0.00 | 0.00 | 0.00 | 860.08 |
| K&B Transportation | 32.78 | 487.00 | 0.00 | 713.42 | -33.46 | 1,199.74 |
| Knight Transport | 0.00 | 0.00 | 0.00 | 0.00 | -6.86 | -6.86 |
| Landstar Carrier Service Tractor | 0.00 | 0.00 | 0.00 | 0.00 | -12.89 | -12.89 |
| Landstar Carrier Service, Trailer/Mech. | 0.00 | 329.40 | 1,455.90 | 45.00 | 318.81 | 2,149.11 |
| Lane Freight | 0.00 | 0.00 | 0.00 | 0.00 | 493.30 | 493.30 |
| Lasko Products, Inc. | 4,725.08 | -48.06 | 0.00 | 0.00 | -291.82 | 4,385.20 |
| Link America Express | 42.17 | 0.00 | 0.00 | 40.00 | 85.49 | 167.66 |
| Lone star Transportation | 0.00 | 0.00 | 0.00 | 0.00 | 641.41 | 641.41 |
| Lowe's #1582 | 0.00 | 269.95 | 0.00 | 0.00 | 0.00 | 269.95 |
| Mail Presort | 0.00 | 0.00 | 0.00 | 0.00 | -706.56 | -706.56 |
| Matheson Tri-Gas | 0.00 | 0.00 | 0.00 | 0.00 | -1.17 | -1.17 |
| McKinney Drilling Company | 0.00 | 0.00 | 0.00 | 0.00 | -0.01 | -0.01 |
| Metroplex Service Welding Supply, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | -5.96 | -5.96 |
| Millis Products | 1,968.90 | 536.22 | 0.00 | 0.00 | 0.00 | 2,505.12 |
| Millis Transfer Inc. | 2,842.55 | 2,714.47 | -139.96 | 139.96 | 0.00 | 5,557.02 |
| Morrison Supply Co. | 0.00 | 0.00 | 0.00 | 0.00 | -255.27 | -255.27 |
| Motivating Graphics III, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 1,267.71 | 1,267.71 |
| NDH Transport, LLC | 0.00 | 0.00 | 0.00 | 0.00 | -21.83 | -21.83 |
| Neff Rentals | 0.00 | 50.36 | 0.00 | 0.00 | 607.47 | 657.83 |
| Parrish-Hare Electrical Supply | 0.00 | 0.00 | 0.00 | 0.00 | -10.00 | -10.00 |
| Paschal truck lines - COM CK | 0.00 | 0.00 | 0.00 | 0.00 | 151.72 | 151.72 |
| Paschall truck lines - COM CK | 0.00 | 0.00 | 0.00 | 0.00 | -14.61 | -14.61 |
| PeachTree | 0.00 | 0.00 | 0.00 | 0.00 | -126.00 | -126.00 |
| Performance Team Freight Systems | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 | 800.00 |
| Pneumatic Techoloy Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 5,049.07 | 5,049.07 |
| ProBuild South | 0.00 | 0.00 | 0.00 | 0.00 | 152.83 | 152.83 |
| Quality Carriers of DFW - CC or COM CK | 523.88 | 0.00 | 0.00 | 0.00 | -14.62 | 509.26 |
| Quik Trip | 26.35 | 0.00 | 0.00 | 0.00 | -1.01 | 25.34 |
| Rail 1, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 1,758.66 | 1,758.66 |
| Railroad Repair and Maintenance, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RapidWays Truck leasing, Inc | 156.44 | 0.00 | 0.00 | 0.00 | 0.00 | 156.44 |
| Redi-Mix, LLC | 744.00 | 3,724.73 | 0.00 | -34.78 | -4,734.08 | -300.13 |
| Reynolds Asphalt & Construction Co. | 607.22 | 0.00 | 0.00 | 0.00 | 0.00 | 607.22 |
| Ritchie Bros. Auctioneers, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | -10.22 | -10.22 |
| Roadway Express/Dallas | 0.00 | 0.00 | 0.00 | 0.00 | -0.05 | -0.05 |

# AW Fleet Service
## A/R Aging Summary
### As of January 22, 2010

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Roanoke Fire Dept. | 288.65 | 0.00 | 0.00 | 0.00 | -22.07 | 266.58 |
| Ruan | 0.00 | 0.00 | 0.00 | 0.00 | 233.47 | 233.47 |
| SAIA | 0.00 | 0.00 | 0.00 | 0.00 | 993.00 | 993.00 |
| Schneider National | 2,036.10 | 0.00 | 0.00 | 311.44 | 725.79 | 5,634.88 |
| Shelter Distribution, Inc. | 0.00 | 1,127.28 | 1,434.27 | 0.00 | -12.45 | -12.45 |
| Shred USA | 0.00 | 0.00 | 0.00 | 0.00 | -240.30 | -240.30 |
| Silver Eagle Logistics LLC | 497.80 | 0.00 | 0.00 | 0.00 | 0.00 | 497.80 |
| Simply Aquatics, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Site Safe Products of Texas ,LP | 0.00 | 0.00 | 0.00 | 0.00 | -2.00 | -2.00 |
| Southern Tire Mart | 0.00 | 269.95 | 0.00 | 0.00 | -532.99 | -263.04 |
| Southwestern Nevada LLC | 4,198.98 | 3,499.17 | 476.49 | 0.00 | 0.00 | 8,174.64 |
| Starving Students, Inc. | 0.00 | 0.00 | 886.87 | 0.00 | 3,841.87 | 6,414.61 |
| Sterling Transportation | 0.00 | -25.44 | 0.00 | 1,665.67 | 0.00 | -25.44 |
| SunCo Carriers | 1,456.98 | 305.61 | 0.00 | 120.00 | 117.86 | 2,000.45 |
| Superior Dispatch S.W., Inc. | 0.00 | 0.00 | 0.00 | 0.00 | -0.62 | -0.82 |
| Supply Depot | 563.71 | 0.00 | 0.00 | 0.00 | -35.65 | 528.06 |
| Supply One | 0.00 | 0.00 | 0.00 | 0.00 | -36.74 | -36.74 |
| Swift Transportation | 154.00 | 938.69 | 0.00 | 0.00 | 1,092.69 | 1,092.69 |
| T & W Tire, LP | 0.00 | 0.00 | 0.00 | 0.00 | -13.98 | -13.98 |
| Terex Utilities South Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 421.10 | 421.10 |
| Tracie McCormick Inc. | 0.00 | 184.00 | 0.00 | 0.00 | 0.00 | 259.00 |
| Trans Am | 75.00 | 0.00 | 0.00 | 0.00 | -0.04 | -0.04 |
| Triple Crown | 516.25 | 125.00 | 263.00 | 236.79 | 0.00 | 641.25 |
| Truck Tire Service TTS | 305.04 | 0.00 | 0.00 | 0.00 | 0.00 | 305.04 |
| Universal Forest Products | 834.99 | 0.00 | 0.00 | 0.00 | 127.22 | 962.21 |
| US Ply, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | -321.33 | 499.75 |
| US Postal Service | 0.00 | 0.00 | 0.00 | 0.00 | 41.48 | 41.48 |
| US Xpress | 263.00 | 634.09 | 869.09 | 322.12 | 2,110.14 | 4,198.44 |
| USA Logistics | 0.00 | 444.11 | 83.28 | 0.00 | 277.11 | 804.50 |
| USA Truck, Inc. | 160.52 | 116.26 | 245.36 | 0.00 | 0.00 | 522.14 |
| Valentine Enterprises Inc. | 1,167.17 | 0.00 | 0.00 | 0.00 | 0.00 | 1,167.17 |
| Volvo Action Service | 0.00 | 200.00 | 351.69 | 0.00 | 0.00 | 551.69 |
| Voyager | 0.00 | 0.00 | 0.00 | 0.00 | -135.52 | -135.52 |
| WalMart-AR | | | | | | |
| WalMart-Sanger | 263.00 | 0.00 | 0.00 | 0.00 | 0.00 | 263.00 |
| WalMart-AR - Other | 1,695.43 | 0.00 | 0.00 | 0.00 | -116.00 | 1,579.43 |
| Total WalMart-AR | 1,958.43 | 0.00 | 0.00 | 0.00 | -116.00 | 1,842.43 |
| Watermark Transport Services LLC | 0.00 | 170.50 | 2,048.73 | 0.00 | 0.00 | 2,219.23 |
| Wingfoot Commercial Tire | 103.64 | 0.00 | 0.00 | 0.00 | -15.47 | 88.17 |
| Winston WAter Cooler of Fort Worth, LTD | 0.00 | 0.00 | -1.35 | 0.00 | -13.42 | -14.77 |
| Yellow Freight-Ft. Worth | 0.00 | 418.00 | 170.00 | 1,008.43 | 1,163.82 | 2,760.25 |

# AW Fleet Service
## A/R Aging Summary
### As of January 22, 2010

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Yellow Freight - Dallas | 0.00 | 0.00 | 0.00 | 0.00 | 519.60 | 519.60 |
| Yellow Freight/Jackson | 0.00 | 0.00 | 0.00 | 0.00 | 685.57 | 685.57 |
| Yellow Freight - Dallas - Other | 0.00 | 0.00 | 0.00 | 0.00 | 1,205.17 | 1,205.17 |
| Total Yellow Freight - Dallas | 0.00 | 0.00 | 0.00 | 0.00 | 1,205.17 | 1,205.17 |
| TOTAL | 69,495.42 | 38,765.31 | 12,137.25 | 4,845.39 | 14,268.85 | 139,512.22 |

In re   **The Prowler Group, Inc**         ,    Case No. _____

                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**Betsy Price Tax Collector Tarrant co**<br>**100 E Weatherford**<br>**Fort Worth, TX 76196** | | - | | **business personal property tax FOR 2010,**<br><br><br>Value $     0.00 | | | | 20,127.00 | 20,127.00 |
| Account No.<br><br>**Chase**<br>**Attn: Bankruptcy Dept**<br>**PO BOX 100018**<br>**Kennesaw, GA 30156** | | - | | **2002 DODGE PK  65CGY3**<br><br><br>Value $    5,000.00 | | | | 5,000.00 | 0.00 |
| Account No.<br><br>**Chase**<br>**Attn: Bankruptcy Dept**<br>**PO BOX 100018**<br>**Kennesaw, GA 30156** | | - | | **2004 DODGE PK 97KJV3**<br><br><br>Value $    7,000.00 | | | | 7,000.00 | 0.00 |
| Account No.<br><br>**Ford Motor Credit**<br>**NATIONAL BANKRUPTCY CENTER**<br>**PO BOX 537901**<br>**Livonia, MI 48153** | | - | | **2007 FORD PICKUP 41BKP5**<br><br><br>Value $   12,000.00 | | | | 12,000.00 | 0.00 |
|   **1**    continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | | 44,127.00 | 20,127.00 |

In re     **The Prowler Group, Inc**                                                    ,     Case No. _____
                                                                         Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ford Motor Credit**<br>**NATIONAL BANKRUPTCY CENTER**<br>**PO BOX 537901**<br>**Livonia, MI 48153** | - | | **2007 FORD PICKUP  39BKP5**<br><br><br>Value $                    **17,000.00** | | | | **17,000.00** | **0.00** |
| Account No.<br><br>**JP Morgan Chase**<br>**Collateral Management Small Business**<br>**Box 4660**<br>**Houston, TX 77210** | | | **Non-Purchase Money Security**<br><br>**4840 Mark IV Park Way, Fort Worth,TRX**<br>**2.4 acres and 16,000 square foot industrial bldg**<br>Value $                    **796,500.00** | | | | **1,103,834.03** | **307,334.03** |
| Account No. **SAME AS CHASE BANK**<br><br>**SMALL BUSINESS ADMINISTRATION**<br>**409 3RD STREET SW**<br>**Washington, DC 20416** | - | | <br><br><br>Value $                    **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**TARRANT COUNTY TAX ASSESSOR**<br>**BETSY PRICE TAX COLLECTOR**<br>**PO BOX 961018**<br>**Fort Worth, TX 76161** | - | | **REAL ESTATE TAX ,2009**<br><br>**4840 Mark IV Park Way, Fort Worth,TRX**<br>**2.4 acres and 16,000 square foot industrial bldg**<br>Value $                    **796,500.00** | | | | **31,404.00** | **31,404.00** |
| Account No.<br><br><br><br> | | | <br><br><br>Value $ | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal<br>(Total of this page) | **1,152,238.03** | **338,738.03** |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | **1,196,365.03** | **358,865.03** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                  Best Case Bankruptcy

.

In re   **The Prowler Group, Inc**                         ,   Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

     Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

     * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__1__   continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          

In re  **The Prowler Group, Inc**
_____ ,  Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | sales tax several years 2002 through 2008 | | | | | | |
| **STATE OF TEXAS COMPTROLLER 111 E. 17TH STREET Austin, TX 78774** | - | | | | | | **42,000.00** | **Unknown** | **Unknown** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **42,000.00** | 0.00 / 0.00 |
| Total (Report on Summary of Schedules) | **42,000.00** | 0.00 / 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **The Prowler Group, Inc** _____ ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| **Account No.** <br><br> **A-I AUTO GLASS** <br> **7940 WEST FREEWAY** <br> **Fort Worth, TX 76108** | - | | | | | | | | **1,981.00** |
| **Account No.** <br><br> **ALLIED INTERSTATE** <br> **3000 CORP EXCHANGE DR 5TH FL** <br> **Columbus, OH 43231** | - | | | | | | | | **2,163.00** |
| **Account No.** <br><br> **American Express** <br> **BECKET AND LEE** <br> **bOX 3001** <br> **Malvern, PA 19355** | - | | | | | | | | **11,000.00** |
| **Account No.** <br><br> **American Express** <br> **BECKET AND LEE** <br> **bOX 3001** <br> **Malvern, PA 19355** | - | | | | | | | | **7,000.00** |

___4___  continuation sheets attached

Subtotal (Total of this page)     **22,144.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **The Prowler Group, Inc** _____ ,   Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **ATC FREIGHTLINER** **PO BOX 898326** **Dallas, TX 75284** | - | | | | | | **3,427.00** |
| Account No. | | | vehilce inspections systems and automotive accessories returned and sold by creditor | | | | |
| **Bank of West, Trinity Division** **475 Sansome St 19th floor** **San Francisco, CA 94111** | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Citi** **PO BOX 6241** **Sioux Falls, SD 57117** | - | | | | | | **24,000.00** |
| Account No. | | | | | | | |
| **DFW HEAVY DUTY** **2664 IRVING BLVD** **Dallas, TX 75247** | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **DFW HEAVY DUTY** **PO BOX 2153** **Birmingham, AL 35287** | - | | | | | | **3,127.12** |

Sheet no. __1__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

             Subtotal
(Total of this page)   **30,554.12**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __The Prowler Group, Inc_____ ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | owner of company and has a large investment, amoun to be calculated and furnished | | | | |
| Gary Wages 208 North Oak Court Aledo, TX 76008 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| KEITH HARPE PO BOX 2250 5TH AVE SE Decatur, AL 35609 | - | | | | | | | | |
| | | | | | | | | | 1,224.00 |
| Account No. | | | | | | | | | |
| Logix Communications PO BOX 3608 Houston, TX 77253 | - | | | | | | | | |
| | | | | | | | | | 2,300.00 |
| Account No. | | | | | | | | | |
| Logix Communications PO BOX 3608 Houston, TX 77253 | - | | | | | | | | |
| | | | | | | | | | 2,274.23 |
| Account No. | | | | | | | | | |
| MARK ANDERSON ATTY KEMNITZER, ANDERSON, BARRON,OGLIVE, 445 BUSH ST 6TH FLOOR San Francisco, CA 94108 | - | | | | | | | | |
| | | | | | | | | | 1,159.00 |

Sheet no. __2___ of __4___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 6,957.23

In re __The Prowler Group, Inc_____ ,    Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **OSBORNE BRAKE** **PO BOX 4630** **Fort Worth, TX 76164** | - | | | | | | 2,205.29 |
| Account No. | | | | | | | |
| **ROANOKE AUTO SUPPLY** **608 PINE ST** **Roanoke, TX 76262** | - | | | | | | 60.09 |
| Account No. | | | Ucc on file but debt paid off | | | | |
| **Sound Garden** **PO Box 2028** **Woodstock, GA 30188** | - | | | | | X | 0.00 |
| Account No. | | | | | | | |
| **SOUTHWESTERN INTERNATIONAL** **PO BOX 560685** **Dallas, TX 75356** | - | | | | | | 11,274.09 |
| Account No. | | | phone bill | | | | |
| **Sprint** **PO BOX 660092** **Dallas, TX 75266-0092** | - | | | | | | 2,100.00 |

Sheet no. __3__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    15,639.47

In re __The Prowler Group, Inc_____ ,  Case No. _____

_____Debtor_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **TRUCK PRO PO BOX 2048 Cordova, TN 38088** | - | | | | | | | 10,007.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 10,007.00 |
| Total (Report on Summary of Schedules) | 85,301.82 |

In re    **The Prowler Group, Inc**                         ,    Case No. _____

                                     Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **MBF LEASING**<br>**132 WEST 31ST STREET 14TH FLOOR**<br>**New York, NY 10001** | **LEASE ON CREDIT CHARGE EQUIPMENT TO BE RETURNED**<br><br>**FOR VERIFONE 3730 LE NURIT 8020** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                       Best Case Bankruptcy

In re   **The Prowler Group, Inc**                ,      Case No. _____

                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **AW Fleet**<br>**4840 Mark 1v Parkway**<br>**Fort Worth, TX 76106**<br>   **co debtor on UCc on Sound Garden debt paid**<br>**off** | |
| **Gary Wages**<br>**208 North Oak Court**<br>**Aledo, TX 76008** | |

**0**

\_\_\_\_\_ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Northern District of Texas

In re    **The Prowler Group, Inc**                  Case No.   _____

                                    Debtor(s)            Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President, Director of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**22**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **January 29, 2010**                       Signature     **/s/ Gary Wages** _____

                                                       **Gary Wages**
                                                       **President, Director**

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Texas

In re   **The Prowler Group, Inc**                                          Case No. _____
                                    Debtor(s)                        Chapter      **11**   _____

# STATEMENT OF FINANCIAL AFFAIRS

    This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

    Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

    *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

    *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2007 total income 458,246,  taxable income 0** |
| **$3.00** | **2008 total income 716,224  taxable income 3.00** |
| **$-9,260.00** | **2009 total income771,948  taxable income (9260)** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| only in ordinary course of business | wages and parts monthly as due | $0.00 | $0.00 |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| City of Fort Worth et al vs The Prowler Group Inc B38560-08 | property tax collection | District Court 236 Judicial Dostrict Tarrant County TX | pending served 12/09/09 |
| BANK OF THE WEST VS PROWLER GROUP 09-489427 | COLLECTION | SAN FRANCISCO SUPERIOR COURT | pending |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Marguerite Kirk, Attorney 2000 East Lamar Suite 600 Arlington, TX 76006** | **prior to filing** | **22,000 paid, 5000.00 paid out prior to filing for filing costs and attorney fees since Sept 2009. Balance of $17,000 to be held in trust to be disburses at per court approval at attorney rate of $350 an hourly plus allowable costs** |

**10. Other transfers**

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Prowler Group Inc** | **5809** | | **truck repair** | **2003 through 2010** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                        DATES SERVICES RENDERED
**Al Pugh CPA**                                                            **2002 through present**
**6707 Brentwood Stair Rd suite 500**
**Fort Worth, TX 76112**

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                              ADDRESS

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                        DATE ISSUED

**20. Inventories**

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Gary Wages** | **President, Director** | **100 percent** |

**22 . Former partners, officers, directors and shareholders**

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR **to be furnished** | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■      If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                               TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **January 29, 2010**                        Signature    **/s/ Gary Wages**
                                                                   **Gary Wages**
                                                                     **President, Director**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Texas

In re    **The Prowler Group, Inc** _____    Case No. _____

                                                          Debtor(s)    Chapter    **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

       For legal services, I have agreed to accept ................................................. $ _____ **0.00**

       Prior to the filing of this statement I have received .............................. $ _____ **0.00**

       Balance Due ............................................................................................. $ _____ **0.00**

2.   $ __**1,039.00**__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e.   [Other provisions as needed]
            **attorney to draw down on retainer of 17,000 as aprived by court at rate of 350 an hour plus costs allowable**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    __**January 29, 2010**__ _____      **/s/ Marguerite Kirk** _____
                                                           **Marguerite Kirk 21104960**
                                                            **Marguerite Kirk, Attorney**
                                                             **2000 East Lamar Suite 600**
                                                               **Arlington, TX 76006**
                                                               **817 354-4900   Fax: 817 457-6641**
                                                             **kirkm@sbcglobal.net**

# United States Bankruptcy Court

## Northern District of Texas

In re    **The Prowler Group, Inc**                                ,       Case No. _____

                                              Debtor

                                                      Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Gary Wages**<br>**208 North Oak Court**<br>**Aledo, TX 76008** | **stock no par** | **10,000** | **100 percent** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President, Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____ **January 29, 2010** _____       Signature_ **/s/ Gary Wages** _____

                                                               **Gary Wages**

                                                               **President, Director**

       *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| **The Prowler Group, Inc** | § | Case No.: |
| | § | |
| | § | |
| Debtor(s) | § | |
| | § | |

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

■     is the first mail matrix in this case.

☐     adds entities not listed on previously filed mailing list(s).

☐     changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐     deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date:    **January 29, 2010**         **/s/ Gary Wages**
                                        **Gary Wages/President, Director**
                                        Signer/Title

Date:    **January 29, 2010**         **/s/ Marguerite Kirk**
                                         Signature of Attorney
                                         **Marguerite Kirk 21104960**
                                         **Marguerite Kirk, Attorney**
                                         **2000 East Lamar Suite 600**
                                         **Arlington, TX 76006**
                                         **817 354-4900   Fax: 817 457-6641**

                                         **20-0254580**
                                         Debtor's Social Security/Tax ID No.

                                         Joint Debtor's Social Security/Tax ID No.

A-I AUTO GLASS
7940 WEST FREEWAY
Fort Worth, TX 76108


ALLIED INTERSTATE
3000 CORP EXCHANGE DR 5TH FL
Columbus, OH 43231


American Express
BECKET AND LEE
bOX 3001
Malvern, PA 19355


ATC FREIGHTLINER
PO BOX 898326
Dallas, TX 75284


AW Fleet
4840 Mark 1v Parkway
Fort Worth, TX 76106


Bank of West, Trinity Division
475 Sansome St 19th floor
San Francisco, CA 94111


Betsy Price Tax Collector Tarrant co
100 E Weatherford
Fort Worth, TX 76196


Chase
Attn: Bankruptcy Dept
PO BOX 100018
Kennesaw, GA 30156


Citi
PO BOX 6241
Sioux Falls, SD 57117

DFW HEAVY DUTY
2664 IRVING BLVD
Dallas, TX 75247


DFW HEAVY DUTY
PO BOX 2153
Birmingham, AL 35287


Ford Motor Credit
NATIONAL BANKRUPTCY CENTER
PO BOX 537901
Livonia, MI 48153


Gary Wages
208 North Oak Court
Aledo, TX 76008


JP Morgan Chase
Collateral Management Small Business
Box 4660
Houston, TX 77210


JP MORGAN CHASE
PORTFOLOI MANAGMENT CENTER
AZI-1004
201 NORTH CENTRAL FLOOR 17
Phoenix, AZ 85004


KEITH HARPE
PO BOX 2250
5TH AVE SE
Decatur, AL 35609


Logix Communications
PO BOX 3608
Houston, TX 77253


MARK ANDERSON ATTY
KEMNITZER, ANDERSON, BARRON,OGLIVE,
445 BUSH ST 6TH FLOOR
San Francisco, CA 94108

MBF LEASING
132 WEST 31ST STREET 14TH FLOOR
New York, NY 10001


OSBORNE BRAKE
PO BOX 4630
Fort Worth, TX 76164


ROANOKE AUTO SUPPLY
608 PINE ST
Roanoke, TX 76262


SMALL BUSINESS ADMINISTRATION
409 3RD STREET SW
Washington, DC 20416


Sound Garden
PO Box 2028
Woodstock, GA 30188


SOUTHWESTERN INTERNATIONAL
PO BOX 560685
Dallas, TX 75356


Sprint
PO BOX 660092
Dallas, TX 75266-0092


STATE OF TEXAS COMPTROLLER
111 E. 17TH STREET
Austin, TX 78774


Steven Meeks
Linebarger, googan, Blair and Sampson
100 Throckmortin Ste 300
Fort Worth, TX 76102

```
TARRANT COUNTY TAX ASSESSOR
BETSY PRICE TAX COLLECTOR
PO BOX 961018
Fort Worth, TX 76161


TRUCK PRO
PO BOX 2048
Cordova, TN 38088
```

# United States Bankruptcy Court
## Northern District of Texas

In re    **The Prowler Group, Inc**                               Case No.

                                        Debtor(s)            Chapter     **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **The Prowler Group, Inc**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| January 29, 2010 | /s/ Marguerite Kirk |
|---|---|
| Date | **Marguerite Kirk 21104960** |
| | Signature of Attorney or Litigant |
| | Counsel for    **The Prowler Group, Inc** |
| | **Marguerite Kirk, Attorney** |
| | **2000 East Lamar Suite 600** |
| | **Arlington, TX 76006** |
| | **817 354-4900 Fax:817 457-6641** |
| | **kirkm@sbcglobal.net** |